UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HEALTH FACILITY, et al.,<br><br>    Defendants. | No. 2:15-cv-2590 CKD P<br><br><br>ORDER |

On February 1, 2016, plaintiff's complaint was dismissed for failure to state a claim, and he was granted thirty days to file an amended complaint. (ECF No. 6.) Plaintiff was advised that failure to timely amend would result in dismissal of this action. (Id.) On March 3, 2016, plaintiff was granted an extension of time to file an amended complaint. (ECF No. 10.) The extended deadline has passed, and plaintiff has not filed an amended complaint. Plaintiff has consented to the jurisdiction of a Magistrate Judge to conduct all proceedings in this action. (ECF No. 5.)

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: April 12, 2016

                                        CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

2/john2305.fta